**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**WILLIE JAMES COLEMAN,**                                            **PLAINTIFF,**

**VS.**                                            **CIVIL ACTION NO. 4:04CV68-P-B**

**CARROLL COUNTY, ET AL.,**                                    **DEFENDANTS.**

## **FINAL JUDGMENT**

In accordance with a Memorandum Opinion issued this day, **IT IS ORDERED AND ADJUDGED** that:

(1) Defendants' Motion for Summary Judgment [21-1] is **GRANTED**; therefore,

(2) All of the plaintiff's claims against the defendants are hereby **DISMISSED WITH PREJUDICE**; and

(3) This case is **CLOSED**.

**SO ORDERED** this the 26th day of August, A.D., 2005.

                                                          /s/ W. Allen Pepper, Jr.
                                                          **W. ALLEN PEPPER, JR.
                                                          UNITED STATES DISTRICT JUDGE**